IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-20454-CIV-HUCK/SIMONTON

OSCAR DE AZA,

    Plaintiff,

v.

HUMANA INSURANCE COMPANY, INC.
and PITNEY BOWES, INC.

    Defendant.
_____/

## ORDER ON DEFENDANT HUMANA INSURANCE COMPANY, INC.'S MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

    This matter is before the Court on Defendant Humana Insurance Company, Inc.'s ("Humana") Motion to Strike Plaintiff's Demand for Jury Trial, filed June 13, 2007. The Court has considered the Motion, to which Plaintiff filed no response. Plaintiff has sued Humana and Co-Defendant Pitney Bowes, Inc. under the under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. s 1101 *et seq*. Plaintiff has demanded a trial by jury. However, there is no right to a jury trial under ERISA. *See Broaddus v. Florida Power Corp.,* 145 F.3d 1283, 1287 (11th Cir. 1998)(noting that ERISA provides only equitable remedies and no right to a trial by jury, and citing *Chilton v. Savannah Foods & Industries, Inc.*, 814 F.2d 620, 623 (11th Cir.1987); *Calamia v. Spivey*, 632 F.2d 1235 (5th Cir.1980)); *Houghton v. SIPCO, Inc.*, 38 F.3d 953, 957 (8th Cir.1994); *Mertens v. Hewitt Assocs.*, 508 U.S. 248, 113 S.Ct. 2063, 124 L.Ed.2d 161 (1993)). Accordingly, it is hereby

    ORDERED that Defendant Humana's Motion to Strike Plaintiff's Jury Demand is GRANTED. Plaintiff's demand for a trial of his ERISA claims by a jury is denied.

    DONE and ORDERED in Chambers, Miami, Florida, this 16th day of July, 2007.

_____
Paul C. Huck
United States District Judge

Copies furnished to
Counsel of Record